In the Matter of JAMES F. McELROY, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Defendant.

WILLIAM J. GOODWIN, Appellant.

Argued September 11, 1941; decided September 11, 1941.

*Benjamin Gassman* and *Thomas A. Sully* for appellant.

*Sidney Sugarman, Carl Eill Schiffer, Samuel W. Phillips* and *Dennis F. Riordan* for respondent.

*William C. Chanler, Corporation Counsel (Robert H. Schaffer* of counsel), for Board of Elections, defendant.

Order affirmed, without costs. The provision for a statement of the election district is not complied with by a statement of an erroneous district. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.